**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> CVS PHARMACY, INC., <br><br> Defendant. | 18 Civ. 3047 (JGK) <br> 19 Civ. 1550 (JGK) <br> 19 Civ. 8454 (JGK) <br> 19 Civ. 11244 (JGK) <br> 20 Civ. 2173 (JGK) |

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.* <br> *ex rel.* RAHIMI, <br><br> Plaintiffs, <br><br> v. <br><br> CVS PHARMACY, INC., <br><br> Defendant. | 18 Civ. 3047 (JGK) |

| | |
|---|---|
| UNITED STATES OF AMERICA *et al. ex rel.* ZIMNISKI, <br><br> Plaintiffs, <br><br> v. <br><br> CVS HEALTH CORPORATION *et al.*, <br><br> Defendants. | 19 Civ. 1550 (JGK) |

| | |
|---|---|
| UNITED STATES OF AMERICA *et al. ex rel.* STRANGO, <br><br> Plaintiffs, <br><br> v. <br><br> CVS HEALTH CORPORATION *et al.*, <br><br> Defendants. | 19 Civ. 8454 (JGK) |

| | |
|---|---|
| UNITED STATES OF AMERICA *et al. ex rel.* WU, <br><br> Plaintiffs, <br><br> v. <br><br> CVS HEALTH CORPORATION *et al.*, <br><br> Defendants. | 19 Civ. 11244 (JGK) |

<table>
<tr><td>

UNITED STATES OF AMERICA *et al.*<br>
*ex rel.* RJA, LLP,<br><br>
           Plaintiffs,<br><br>
       v.<br><br>
CVS PHARMACY, INC.,<br><br>
           Defendant.

</td><td>

20 Civ. 2173 (JGK)

</td></tr>
</table>

## UNSEALING ORDER

WHEREAS, Relators filed the above-captioned actions against defendant CVS Pharmacy, Inc. ("CVS") and other entities on behalf of the United States under the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3729 *et seq.*, on behalf of 30 states, the District of Columbia, Puerto Rico, and the Virgin Islands (the "Plaintiff States") under comparable state false claims and insurance fraud laws, and on behalf of six municipalities (the "Plaintiff Municipalities") under comparable municipal false claims laws, which were designated as "related" pursuant to the Local Rules of this Court (collectively, the "Actions");

WHEREAS, on May 5, 2025, the United States filed a Notice of Election to Partially Intervene notifying the Court of its intention to partially intervene in these Actions (the "Government Notice of Partial Intervention");

WHEREAS, on or about May 5, 2025, the Plaintiff States, with the exception of the California Department of Insurance, filed a Notice of Decision to Decline Intervention, notifying the Court of their decisions to decline intervention in these Actions (the "State Notice of Declination");

WHEREAS, on or about October 1, 2025, relator RJA, LLP, filed a notice voluntarily dismissing without prejudice claims it asserted on behalf of five Plaintiff Municipalities (the "RJA

3

Notice of Municipal Claims Dismissal"), and on or about October 15, 2025, the Court issued an Order granting RJA, LLP's motion to voluntarily dismiss without prejudice claims it asserted on behalf of the City of Chicago (the "RJA Chicago Claims Dismissal Order");

WHEREAS, the United States has filed a Complaint-in-Intervention (the "Government Complaint") against CVS; and

WHEREAS, the United States, CVS, and Relators have entered into a Stipulation and Order of Settlement and Dismissal (the "Settlement");

WHEREAS, the United States and Relators have entered into a Stipulation and Order of Settlement and Release Between the United States and Relators (the "Relator Stipulation");

IT IS HEREBY ORDERED that:

1. The seals shall be lifted as to this Order and any matter occurring in these Actions on or subsequent to the date of this Order.

2. All documents submitted in these Actions before the date of this Order shall remain under seal and shall not be made public, except to the extent the seals were partially lifted pursuant to the Court's Order dated February 2, 2024, and except as provided for in Paragraph 3 below.

3. The seals shall be lifted as to the Government Notice of Partial Intervention, the State Notice of Declination, the RJA Notice of Municipal Claims Dismissal, the RJA Chicago Claims Dismissal Order, the Government Complaint, the Settlement, the Relator Stipulation, and the complaints and any amended complaints filed by Relators in these

Actions.

SO ORDERED:

_____12/1_____, 2025

_____
HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE