**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.* *ex rel.* RAHIMI, <br><br> Plaintiffs, <br><br> v. <br><br> CVS PHARMACY, INC., <br><br> Defendant. | 18 Civ. 3047 (JGK) <br> 19 Civ. 1550 (JGK) <br> 19 Civ. 11244 (JGK) <br><br><br> **ORDER EXTENDING THE TIME OF INTERVENTION** |

WHEREAS, the above-captioned action (the "Action") and four Related Actions[1] were filed under seal by relators collectively against CVS Pharmacy, Inc. ("CVS"), various CVS affiliates, and other defendants pursuant to the *qui tam* provisions of the False Claims Act, as amended, 31 U.S.C. §§ 3729 *et seq.*;

WHEREAS, *U.S. ex rel. Wu v. CVS Pharmacy, Inc.* (19 Civ. 11244 (JGK)) and *U.S. ex rel. Zimniski v. CVS*, 19 Civ. 1550 (JGK) also allege claims against CVS pursuant to the *qui tam* provisions of the California Insurance Frauds Prevention Act, California Insurance Code § 1871.7, *et seq.*, and

WHEREAS, on or about November 26, 2025, the United States filed its Complaint-In-Intervention, Proposed Stipulation and Order of Settlement and Dismissal, Proposed Stipulation and Order of Settlement and Release Between the United States and Relators, and a proposed Unsealing Order concerning the Action and the Related Actions;

---

[1] The Related Actions are: *U.S. et al. ex rel. Zimniski v. CVS Health Corp.*, et al., 19 Civ. 1550 (JGK) (Under Seal); *U.S. et al. ex rel. Strango v. CVS Health Corp.*, et al., 19 Civ. 8454 (JGK) (Under Seal); *U.S. et al. ex rel. Wu v. CVS Health Corp.*, et al., 19 Civ. 11244 (JGK) (Under Seal); and *U.S. et al. ex rel. RJA v. CVS Pharmacy, Inc.*, 20 Civ. 2173 (JGK) (Under Seal).

WHEREAS, on or about December 1, 2025, the Court approved the United States'

Stipulation, granted its Order of Settlement and Dismissal, and issued the Unsealing Order;

IT IS HEREBY ORDERED that:

1. For good cause shown pursuant to Insurance Code § 1871.7(e)(3), the time for the California Insurance Commissioner, in his official capacity and on behalf of the State of California, to notify this Court of his decision whether to intervene or decline to intervene regarding claims under California Insurance Code § 1871.7, *et seq.* is hereby extended to February 6, 2026 for *U.S. ex rel. Wu v. CVS Pharmacy, Inc.* (19 Civ. 11244 (JGK)) and *U.S. ex rel. Zimniski v. CVS,* 19 Civ. 1550 (JGK).

SO ORDERED:

_____1/5_____, 2026

_____
HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE